

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Panamerican Operating, Inc., Appellant

No. 06-14-00049-CV          v.

George Land & Cattle Co., LLC, Appellee

Appeal from the County Court at Law of Harrison County, Texas (Tr. Ct. No. 2013-9543-CCL).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for lack of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellant, Panamerican Operating, Inc., pay all costs of this appeal.

RENDERED AUGUST 25, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk